JUDGE PRESKA

USDC SDNY
[...]ENT
[...]RONICALLY FILED
[...]
DATE FILED MAR 12 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :    INDICTMENT

      -v.-                   :    08 Cr.

WILLIAM E. DIAZ,             :
  a/k/a "Williad Rodriguez,"      08 CRIM 217
                             :
         Defendant.
                             :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about June 9, 2007, in the Southern District of New York, WILLIAM E. DIAZ, a/k/a "Williad Rodriguez," the defendant, unlawfully, willfully, and knowingly, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, and having previous convictions by a court for a serious drug offense and two violent felonies, committed on occasions different from another, to wit, (i) a conviction for Conspiracy to Manufacture and Distribute a Controlled Substance in the Third Degree, in violation of Title 2C, New Jersey Code of Criminal Justice, Chapter 5-2, on or about April 29, 2005, in Superior Court, Passaic County; (ii) a conviction for Burglary in the Third Degree, in violation of New York Penal Law 140.20, on or about July 14, 1998, in New York Supreme Court, Bronx County; and (iii) a conviction for Attempted Robbery in the Second Degree, in violation of New York Penal Law 110/160.10, on or about November 5, 1997, in New York Supreme Court, Bronx County, did possess in and affecting commerce, a

firearm and ammunition, to wit, a Smith and Wesson .40 caliber semi-automatic handgun loaded with eight .40 caliber bullets, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**WILLIAM E. DIAZ,**
a/k/a "Williad Rodriguez,"

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. §§ 922(g)(1) and 924(e).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

3/12/08 [handwritten notes, illegible]

3