```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :    ORDER

         - v. -                     :    08 Cr. 217 (LAP)

WILLIAM E. DIAZ,                    :
     a/k/a "Williad Rodriguez,"
                                    :
                   Defendant.
                                    :
- - - - - - - - - - - - - - - - - -X

    Upon the application of the United States of America, by and through Assistant United States Attorney Daniel S. Goldman, and with the consent of the defendant, WILLIAM E. DIAZ, a/k/a "Williad Rodriguez," by and through his counsel, Sabrina P. Shroff, Esq., it is hereby ORDERED that the time between March 28, 2008, and the date of the next scheduled conference, April 14, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow defense counsel to, among other things, review discovery and evaluate the potential for an early disposition of the matter.

Dated:   New York, New York
         ~~March~~ April 2, 2008

                _____
                HONORABLE LORETTA A. PRESKA
                UNITED STATES DISTRICT JUDGE