AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

**APPEARANCE**

Case Number:  08 CR 217 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

William E. Diaz

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/24/2008 | /s/ Jennifer Brown |
| Date | Signature |
| | Jennifer Brown |
| | Print Name                                Bar Number |
| | 52 Duane Street |
| | Address |
| | New York,   NY                            10007 |
| | City           State           Zip Code |
| | (212) 417-8722              (212) 571-0392 |
| | Phone Number                Fax Number |