# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

RECEIVED

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

April 30, 2008

**BY HAND**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

Re: **United States v. William Diaz**
   08 CR 217 (LAP)

Dear Judge Preska:

I write, in the above captioned case, to request an adjournment of the conference date which is currently scheduled for May 5, 2008 at 4 p.m. I have recently taken over the representation of Mr. Diaz from my colleague, Sabrina Shroff. I will be out of the office and unavailable in the afternoon on May 5, 2008. For this reason, I request that the conference be moved to May 13, 2008 at 2 p.m. I consent to the exclusion of time from speedy trial calculation until that date. I have spoken to Assistant United States Attorney, Daniel Goldman, and he consents to this request for adjournment.

*Such exclusion of time is in the interests of justice.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Jennifer Brown
Attorney for **William Diaz**

cc: Daniel Goldman, Esq.
    Assistant U.S. Attorney/SDNY

May 1, 2008